FILED

01/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0211

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0211

CITY OF MISSOULA,

      Plaintiff and Appellee,

v.

SCOTT ANTHONY CHARLIE,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension, and good cause appearing.

IT IS HEREBY ORDERED that the Appellant is given an extension of time until February 17, 2025, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2025